IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WARREN A. STILES, M.D. AND ) <br> TONYA MARIE STILES, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v.   ) <br>   ) <br>   ) <br> BANKERS HEALTHCARE GROUP, ) <br> INC., ) <br>   ) <br>   Defendant. ) | CASE NO. 3:14-cv-1071-WHA <br><br> (WO) |

ORDER

Upon consideration of the Plaintiffs' Motion for Leave to File Reply to Defendant's Reply (Doc. # 19), it is hereby

ORDERED that the Motion is GRANTED and the Plaintiffs shall have until **February 13, 2015** to file a Reply of no more than five pages.

DONE this 11th day of February, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE