IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WARREN A. STILES, M.D. AND )
TONYA MARIE STILES, )
)
     Plaintiffs, )
)
v. )     CASE NO. 3:14-cv-1071-WHA
)
)     (WO)
BANKERS HEALTHCARE GROUP, )
INC., )
)
     Defendant. )

## FINAL JUDGMENT

     In accordance with the Memorandum Opinion and Order entered in this case on this day,

     Final Judgment is entered in favor of the Defendant and against the Plaintiffs Warren A.

Stiles, M. D. and Tonya Marie Stiles, and this case is DISMISSED without prejudice.

     DONE this 10th day of March, 2015.


                    /s/ W. Harold Albritton
                    W. HAROLD ALBRITTON
                    SENIOR UNITED STATES DISTRICT JUDGE